IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JANE DOE, by and through C.B. | : | Case No. 2:23-cv-00151-DCR |
| | : | |
| Plaintiffs, | : | Judge Danny C. Reeves |
| | : | |
| vs. | : | |
| | : | |
| DIOCESE OF COVINGTON, et al. | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANT, CLY DENNA HEHMAN

Comes now Defendant, Cly Denna Hehman, by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(c), hereby respectfully moves for a judgment on the pleadings which dismisses all of Plaintiffs' claims against her. A Memorandum in Support of this Motion and a proposed Order are being filed herewith.

        Respectfully submitted,

        /s/ Mark D. Guilfoyle
        Mark D. Guilfoyle (KBA #27625)
        Nicholas C. Birkenhauer (KBA #91901)
        Michael J. Enzweiler (KBA #96989)
        DRESSMAN BENZINGER LAVELLE PSC
        109 East Fourth Street
        Covington, KY 41011
        (859) 341-1881 (T)
        (859) 341-1469 (F)
        mguilfoyle@dbllaw.com
        nbirkenhauer@dbllaw.com
        menzweiler@dbllaw.com
        *Counsel for Defendants*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system this 4th day of January, 2024.

                                          /s/ Mark D. Guilfoyle
                                          Mark D. Guilfoyle (KBA #27625)

1331207.1