IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JANE DOE, by and through C.B. | : | Case No. 2:23-cv-00151-DCR |
| Plaintiffs, | : | Judge Danny C. Reeves |
| vs. | : | |
| DIOCESE OF COVINGTON, et al. | : | |
| Defendants. | : | |

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

This matter having come before the Court on the Motion for Judgment on the Pleadings of Defendant, Cly Denna Hehman, and the Court being in all respects sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion is hereby GRANTED. All claims asserted against Defendant, Cly Denna Hehman, are hereby dismissed with prejudice.

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

1331494.1