IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| JANE DOE, by and through C.B. | : | Case No. 2:23-cv-00151-DCR-CJS |
| | : | |
| Plaintiffs, | : | Judge Danny C. Reeves |
| | : | |
| vs. | : | |
| | : | |
| DIOCESE OF COVINGTON, et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS,
TO OVERRULE PLAINTIFFS' OBJECTION TO THIRD-PARTY SUBPOENAS,
AND TO COMPEL COMPLIANCE WITH SUBPOENAS DUCES TECUM**

Come now Defendants, the Diocese of Covington, St. Joseph Catholic Church, Monsignor Gerald Reinersman, and Does 1-20 (collectively, "Defendants"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 37(a), hereby respectfully move for an Order compelling Plaintiffs to produce all messages exchanged with their treating therapist and trial witness, Emily Boston, L.C.S.W.  Furthermore, pursuant to the regulations promulgated under the Health Insurance Portability and Accountability Act ("HIPAA"), Defendants respectfully move for an Order which overrules Plaintiffs' objection to the subpoenas Defendants intend to issue to pursue this same information from third parties, and which orders the third parties to comply with the subpoenas.  A Memorandum in Support of this Motion is attached as **Exhibit 1**, and a proposed Order is attached as **Exhibit 18**.

Respectfully submitted,

/s/ Michael J. Enzweiler
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
Michael J. Enzweiler (KBA #96989)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street

Covington, KY 41011
(859) 341-1881 (T)
(859) 341-1469 (F)
mguilfoyle@dbllaw.com
nbirkenhauer@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants*

RULE 37(A)(1) CERTIFICATE

I hereby certify that multiple good faith efforts were taken to resolve this dispute extrajudicially, including multiple phone conferences and emails with Plaintiffs' counsel, multiple emails with the third parties who Defendants desire to subpoena, and two informal telephonic discovery conferences with Magistrate Judge Candace Smith. Said efforts are described in detail in the Memorandum attached as Exhibit 1 to this Motion. Despite these good faith efforts, the parties remain unable to resolve their differences relative to this dispute.

/s/ Michael J. Enzweiler
Michael J. Enzweiler (KBA #96989)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system this 15th day of October, 2024.

/s/ Michael J. Enzweiler
Michael J. Enzweiler (KBA #96989)