IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

JANE DOE, by and through C.B.          :          Case No. 2:23-cv-00151-DCR
                                       :
        Plaintiffs,                    :          Judge Danny C. Reeves
                                       :
vs.                                    :
                                       :
DIOCESE OF COVINGTON, et al.           :
                                       :
        Defendants.                    :

**STIPULATED PROTECTIVE ORDER**
**ATTACHMENT A**

The undersigned hereby acknowledges that [he/she] has read the Stipulated Protective Order dated [_____, 2024] in the above-captioned action and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Eastern District of Kentucky in matters relating to the Stipulated Protective Order and understands that the terms of the Protective Order obligate [him/her] to use documents designated "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" in accordance with the Order, solely for the purpose of the above-captioned action, and not to disclose any such documents or information derived directly therefrom to any other person, firm, or concern except as allowed by the terms of the Stipulated Protective Order. The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address:    _____

                                               _____

                                               _____

                                               _____

Date:    _____    _____
                                                 Signature