# EXHIBIT 19

**Enzweiler, Michael J.**

| | |
|---|---|
| **From:** | Jamir Davis <jdavis@jdaviscounsel.com> |
| **Sent:** | Friday, October 25, 2024 7:21 PM |
| **To:** | Enzweiler, Michael J. |
| **Cc:** | J Davis Law Firm, PLLC; Guilfoyle, Mark; Birkenhauer, Nick; McCormick, Rhonda |
| **Subject:** | Re: Follow-up from phone conference |
| **Attachments:** | Talk Space Transcripts Privacy 2.pdf; Talk Space Release Transcripts.pdf; Talk Space Privacy 3.pdf; Talk Space Error_10.11.24.pdf; K.B. Talk Space Messages.pdf; C.B. Talk Space Messages.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael,

I am okay with the depositions out of time if you don't object to my request for extension to file a response to your motion to compel. I will be filing an extension to respond to your motion to compel today. I will need a few more days to provide a response. In the meantime, in a good faith effort to respond to your discovery request please see our responses attached. We have done independent research on Talkspaces' position on this issue and have found the following. I also had Jane and C.B. screenshot the messages relevant to these proceedings.

Sincerely,



CONFIDENTIALITY NOTICE: This communication and its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

On Tue, Oct 22, 2024 at 10:48 AM Enzweiler, Michael J. <menzweiler@dbllaw.com> wrote:

> Jamir,

# Talkspace



## Is the Talkspace service secure?

## Can I have my transcript released to a third party, including another physician or therapist?

No. Talkspace does not release transcripts to third parties even if you request a release. Talkspace believes that the transcript is the treatment and is not the medical record.

# Talkspace 

## requesting my medical records? What will Talkspace turn over to the court?

Talkspace will turn over notes and documentation from your therapist, including your treatment summary, diagnosis, and dates you used the Talkspace platform; similar to traditional bricks and mortar practices.  This does not include any transcript of treatment. Talkspace has never supplied a client transcript to a court or lawyer. As stated above, Talkspace treats the transcript as the treatment.

# Talkspace



records? What will Talkspace turn over to the court?

## Is it possible that Talkspace will ever turn over my transcript?

Talkspace has never turned over a transcript in the 10 years we have been providing therapy, and while unlikely we would ever turn over one in the future, we cannot 100% guarantee that a court would not compel us to turn over a transcript.

## What happens after 10 years?



# Sorry, something went wrong

500

Close