# EXHIBIT 20

## Enzweiler, Michael J.

| | |
|---|---|
| **From:** | Enzweiler, Michael J. |
| **Sent:** | Tuesday, October 22, 2024 10:48 AM |
| **To:** | jdavis@jdaviscounsel.com |
| **Cc:** | J Davis Law Firm, PLLC; Guilfoyle, Mark; Birkenhauer, Nick; McCormick, Rhonda |
| **Subject:** | RE: Follow-up from phone conference |

Jamir,

It has been two weeks since I requested deposition dates for C.B. Garrett, and Emily Boston before the November 1st discovery deadline. However, I have not heard from you, and at this point, accomplishing all three depositions prior to November 1 appears impractical. Where do Plaintiffs stand on this issue? Would Plaintiffs be willing to produce these three for depositions out-of-time, while otherwise keeping the November 1st deadline in place? Please advise.

Thanks,
Mike

**Michael Enzweiler**
Attorney
109 East Fourth Street
Covington, KY 41011

Direct: (859) 426-2103
General: (859) 341-1881
Fax: 859-788-2011
menzweiler@dbllaw.com



Cincinnati / Northern Kentucky / Louisville

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify Dressman Benzinger LaVelle psc immediately at (859) 341-1881, and delete this email from your computer. Any statements made herein regarding tax matters, including attachments, may not be relied upon by anyone to avoid tax penalties and are not to be used or referred to in any publication or marketing materials.

---

**From:** Enzweiler, Michael J.
**Sent:** Tuesday, October 8, 2024 4:41 PM
**To:** jdavis@jdaviscounsel.com
**Cc:** J Davis Law Firm, PLLC <law@jdaviscounsel.com>; Guilfoyle, Mark <mguilfoyle@dbllaw.com>; Birkenhauer, Nick <nbirkenhauer@dbllaw.com>; McCormick, Rhonda <rmccormick@dbllaw.com>
**Subject:** Follow-up from phone conference

Jamir,

Thanks for the call today. Below are my notes in terms of next steps:

1. I will try to arrange a call with a representative from Talkspace who can assist with downloading the chat messages on your clients' end. I will copy you on my email to Talkspace.

2. We will proceed with the phone conference with Magistrate Smith at 9:30 tomorrow morning on the issue of whether the chat messages (assuming you are able to download them) constitute "communications" within the waiver cases that have been cited.

3. You are going to review Rule 26(a)(2) and get back to me on Emily Boston's anticipated testimony.

4. You are going to work on deposition dates for C.B. Garrett, and Emily Boston.

5. You will review the Stipulated Protective Order, which I am attaching here.

Thanks,
Mike

**Michael Enzweiler**
Attorney
109 East Fourth Street
Covington, KY 41011

Direct: (859) 426-2103
General: (859) 341-1881
Fax: 859-788-2011
menzweiler@dbllaw.com



Cincinnati / Northern Kentucky / Louisville

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution, or copying of it or its contents is prohibited. If you have received this communication in error, please notify Dressman Benzinger LaVelle psc immediately at (859) 341-1881, and delete this email from your computer. Any statements made herein regarding tax matters, including attachments, may not be relied upon by anyone to avoid tax penalties and are not to be used or referred to in any publication or marketing materials.